BEFORE THE SECOND DIVISION, JUNE 30, 1964

No. 68710.—Engis Equipment Company *v.* United States, protest 62/10029–12629 (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of talysurf or talyrond apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.